BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    **ASTA Healthcare Company, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

Check if this is:
☐ An amended filing

Chapter you are filing under:
☒ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | ASTA Healthcare Company, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    36-4069287

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **134 North McLean Blvd.** <br> Number  Street | **P.O. Box 5056** <br> Number  Street |
| **Elgin IL 60123** <br> City, State, ZIP Code | **Elgin IL 60121-5056** <br> City, State, ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Kane** <br> County | N/A |

**5. Debtor's website (URL)**

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other: Specify **N/A**

Debtor   ASTA Healthcare Company, Inc.   Case number:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925.00 (amount subject to adjustment on (04/13) and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes   District **N/A**   When _____   Case number _____
MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes   Debtor **ASTA Care Center of Elgin**
Relationship _____

District **N.D. of Illinois**   When **12/28/2015**   Case number **15-433356**
MM/DD/YYYY

Debtor    ASTA Healthcare Company, Inc.                                    Case number:

| 11. Why is the case filed in **this district**? | *Check all that apply:* |
|---|---|
| | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|
| | ☐ Yes. Answer below for each property that needs immediate attention. |

## Part 2:    Statistical and administrative information

| 13. Debtor's estimation of available funds | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000 - 5,000 | ☐ 25,001 - 50,000 |
| ☐ 50-99 | ☐ 5,001 - 10,000 | ☐ 50,001 - 100,000 |
| ☐ 100-199 | ☐ 10,001 - 25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0 to $50,000 | ☐ $1,000,000 to $10 million | ☐ $500,000,000 to $1 billion |
| ☐ $50,001 to $100,000 | ☐ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001, to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☐ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 to $50,000 | ☒ $1,000,001 to $10 million | ☐ $500,000,001 to $1 billion |
| ☐ $50,001 to $100,000 | ☐ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001 to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☐ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

## Part 3:    Request for Relief, Declaration, and Signatures

**WARNING**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | • I have been authorized to file this petition on behalf of the debtor. |
| | • I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Michael GIllman                                                        01/21/2016
President, authorized representative of ASTA Healthcare Company, Inc.        MM/DD/YYYY

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**18. Signature of Attorney**

/s/ Frank J. Kokoszka                                    01/21/2016

Attorney for Debtor(s)                                  MM/DD/YYYY

**Frank J. Kokoszka**

Printed name

**Kokoszka & Janczur, P.C.**

Firm name

**122 South Michigan Avenue**

Number   Street

**Suite 1070**

**Chicago IL 60603**

City, State, ZIP Code

**312-429-7861**                          **fkokoszka@k-jlaw.com**

Contact phone                            Email address

**6201436**

Bar number

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor      **ASTA Healthcare Company, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended
filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets -- Real and Personal Property (Official Form 206A/B)**

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $0.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Hold Claims Secured by Property (Official Form 206D)**
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D............................................ $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)**

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................... $9,352.72

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................. $1,276,043.50

4. **Total liabilities** ....................................................................................................... $1,285,396.22

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    __ASTA Healthcare Company, Inc.__

United States Bankruptcy Court for the __Northern District of Illinois__

Case number
(If known)   _____

☐ Check if this is an amended filing

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash and cash equivalents?**
   ☐ No. Go to part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(identify name of institution, type of account, and last 4 digits of account number)*

   3.1    Bank Account # XXX9701 at Private Bank

4. **Other cash equivalents** *(identify all)*

   (None)

5. **Total of Part 1.**
   Add lines 2 through 4. Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits and prepayments?**
   ☒ No. Go to part 3.
   ☐ Yes. Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**
    ☒ No. Go to part 4.
    ☐ Yes. Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor have any investments?**

☒ No. Go to part 5.
☐ Yes. Fill in the information below.

<table>
<tr><td>**Part 5:**</td><td>**Inventory, excluding agriculture assets**</td></tr>
</table>

**18. Does the debtor have any inventory, excluding agriculture assets?**

☒ No. Go to part 6.
☐ Yes. Fill in the information below.

<table>
<tr><td>**Part 6:**</td><td>**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

**27. Does the debtor have any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to part 7.
☐ Yes. Fill in the information below.

<table>
<tr><td>**Part 7:**</td><td>**Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

**38. Does the debtor have any office furniture, fixtures, and equipment; and collectibles?**

☒ No. Go to part 8.
☐ Yes. Fill in the information below.

<table>
<tr><td>**Part 8:**</td><td>**Machinery, equipment, and vehicles**</td></tr>
</table>

**46. Does the debtor have any machinery, equipment, and vehicles?**

☒ No. Go to part 9.
☐ Yes. Fill in the information below.

<table>
<tr><td>**Part 9:**</td><td>**Real property**</td></tr>
</table>

**54. Does the debtor have any real property?**

☒ No. Go to part 10.
☐ Yes. Fill in the information below.

<table>
<tr><td>**Part 10:**</td><td>**Intangibles and Intellectual Property**</td></tr>
</table>

**59. Does the debtor have any intangibles and intellectual property?**

☒ No. Go to part 11.
☐ Yes. Fill in the information below.

<table>
<tr><td>**Part 11:**</td><td>**any other assets that have not yet been reported on this form**</td></tr>
</table>

**70. Does the debtor have any any other assets that have not yet been reported on this form?**

☒ No. Go to part 12.
☐ Yes. Fill in the information below.

<table>
<tr><td>**Part 12:**</td><td>**Summary**</td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash and cash equivalents** *Copy line 5, Part 1.* ......................... | | |
| **81. Deposits and prepayments** *Copy line 9, Part 2* ........................... | | |
| **82. Accounts receivable** *Copy line 12, Part 3* .................................... | | |
| **83. Investments** *Copy line 17, Part 4* ................................................ | | |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor    ASTA Healthcare Company, Inc.                                                           Case number:

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **84. Inventory** *Copy line 23, Part 5.* ..................................................... | | |
| **85. Farming and fishing-related assets** *Copy line 33, Part 6.* .......... | | |
| **86. Office furniture, fixtures, and equipment; and collectibles** *Copy line 43, Part 7.*........................................................................ | | |
| **87. Machinery, equipment, and vehicles** *Copy line 51, Part 8.* ........ | | |
| **88. Real property** *Copy line 56, Part 9.* ............................................. | | |
| **89. Intangibles and Intellectual Property** *Copy line 66, Part 10.*....... | | |
| **90. All other assets** *Copy line 78, Part 11.*......................................... | | |
| **91. Total.** Add lines 80 through 90 for each column. ........................... | $0.00 | $0.00 |
| **92. Total of all property on Schedule A/B.** Add the two entries on line 91......................................................... | | $0.00 |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor      **ASTA Healthcare Company, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property      **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**      **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

N/A

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred:**

**Last 4 digits of account number:**

**If multiple creditors have an interest in the same property,** specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

N/A

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. *Fill out Schedule H: Codebtors* (Official Form 206H).

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the additional pages, if any.**

BkAssist® Software Copyright® 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    __ASTA Healthcare Company, Inc.__

United States Bankruptcy Court for the __Northern District of Illinois__

Case number
(If known)   _____

☐ Check if this is an amended filing

## Official Form 206EF
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more creditors with priority unsecured claims than will fit on this page, fill out and attach additional pages.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br><br>Illinois Department of Revenue<br>PO Box 88294<br>Chicago, IL  60680<br><br>**Date or dates debt was incurred:**<br>09/2014<br><br>**Last 4 digits of account number:**<br>-9287<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( 8) | **As of the petition date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,352.72 | $0.00 |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Healthcare Company, Inc.                                    Case number:

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more creditors with priority unsecured claims than will fit on this page, fill out and attach additional pages.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

American Express
PO Box 0001
Los Angeles, CA  90096-8000

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Credit Card

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,463.80

**3.2** **Nonpriority creditor's name and mailing address**

Capital One Bank
P.O. Box 6492
Carol Stream, IL  60197-6492

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Credit Card

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,654.25

**3.3** **Nonpriority creditor's name and mailing address**

Columbia Casulty Company
333 South Wacker Drive
Chicago, IL  60606

**Date or dates debt was incurred:** 07/2014

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$124,518.00

**3.4** **Nonpriority creditor's name and mailing address**

CPI
P.O. Box 1167
Great Bend, KS  67530-1167

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,065.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Healthcare Company, Inc.                                      Case number:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| | Amount of claim |
|---|---|

**3.5** **Nonpriority creditor's name and mailing address**

Diamond Insurance Company
1051 Perimeter Drive, Suite 620
Schaumburg, IL 60173

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$303,662.00

---

**3.6** **Nonpriority creditor's name and mailing address**

Edward Don Company
2562 Paysphere Circle
Chicago, IL 60674

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,563.92

---

**3.7** **Nonpriority creditor's name and mailing address**

Enloe Drugs, LLC.
Omnicare Pharmacies
PO Box 952011
Saint Louis, MO 63195

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.8** **Nonpriority creditor's name and mailing address**

First Energy Solutions
PO Box 3622
Akron, OH 44309-3622

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,485.53

---

**3.9** **Nonpriority creditor's name and mailing address**

First Insurance Funding Corp.
450 Skokie Blvd.
Northbrook, IL 60062

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,490.00

Debtor  ASTA Healthcare Company, Inc.  Case number:

| | Amount of claim |
|---|---|

**3.10 Nonpriority creditor's name and mailing address**

Illinois Department of Public Aid
PO Box 19491
Springfield, IL 62794

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
For Notice Purposes

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.11 Nonpriority creditor's name and mailing address**

Illinois Department of Revenue
PO Box 88294
Chicago, IL 60680

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
For Notice Purposes

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.12 Nonpriority creditor's name and mailing address**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
For Notice Purposes

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.13 Nonpriority creditor's name and mailing address**

Office of the Attorney General
Health Care Bureau
100 West Randolph Street
Chicago, IL 60601

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.14 Nonpriority creditor's name and mailing address**

PMIC & PMAIC
c/o Robert J. Lentz
55 West Monroe Street, Suite 1800
Chicago, IL 60603

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$572,141.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor    ASTA Healthcare Company, Inc.                                    Case number:

| | Amount of claim |
|---|---|

**3.15** **Nonpriority creditor's name and mailing address**

Sheila Bell, as Independent Administrator
c/o Konicek & Dillion, P.C.
21 West State Street
Geneva, IL  60134

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number**: -L640

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Other

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

**3.16** **Nonpriority creditor's name and mailing address**

Wells Fargo Equipment Finance
800 Walnut Street
MAC N0005-055
Des Moines, IA  50309

**Date or dates debt was incurred:** 09/2013

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,000.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Healthcare Company, Inc.                                          Case number:

**Part 3:**          **List Others to Be Notified About Unsecured Claims**

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

      If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page

| Name and address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| Colleen G. Thomas<br>30 North Western Avenue<br>Carpentersville, IL  60110 | Line 3.9<br>☐ Not listed.<br>Explain: <u>N/A</u> | UNKNOWN |
| GreensFelder, Hemker & Gale, P.C.<br>10 South Broadway<br>Suite 2700<br>Saint Louis, MO  63102 | Line 3.7<br>☐ Not listed.<br>Explain: <u>N/A</u> | UNKNOWN |
| Heyl, Royster, Voelker & Allen<br>PO Box 6199<br>Peoria, IL  61601 | Line 3.8<br>☐ Not listed.<br>Explain: <u>N/A</u> | UNKNOWN |
| Ill. Dept of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL  60664-0338 | Line 2.1<br>☐ Not listed.<br>Explain: <u>N/A</u> | UNKNOWN |
| Law Offices of Pucin & Friedland, P.C.<br>1699 East Woodfield Road<br>Suite 360A<br>Schaumburg, IL  60173 | Line 3.6<br>☐ Not listed.<br>Explain: <u>N/A</u> | UNKNOWN |
| Littler Mendelson, P.C.<br>321 North Clark<br>Chicago, IL  60654 | Line 3.3<br>☐ Not listed.<br>Explain: <u>N/A</u> | UNKNOWN |
| Mario R. Cusumano<br>The Hunt Law Group, LLc<br>20 North Wacker Drive, Suite 1711<br>Chicago, IL  60606 | Line 3.5<br>☐ Not listed.<br>Explain: <u>N/A</u> | UNKNOWN |
| Sweet & Associates<br>Attn: Terris Harris<br>Jackson, MS  39201 | Line 3.15<br>☐ Not listed.<br>Explain: <u>N/A</u> | UNKNOWN |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Healthcare Company, Inc.                                                     Case number:

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 ......................................................................................................................... | $9,352.72 |
| 5b. | Total claims from Part 2 ......................................................................................................................... | $1,276,043.50 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c ................................................................................................................. | $1,285,396.22 |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    __**ASTA Healthcare Company, Inc.**__

United States Bankruptcy Court for the __**Northern District of Illinois**__

Case number
(If known)    _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☒   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    **ASTA Healthcare Company, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Codebtor name and mailing address | Creditor name | Check all schedules that apply: |
|---|---|---|
| **2.1**   **ASTA Care Center of Elgin, LLC** <br> Name <br><br> Number   Street <br><br><br> City, State, ZIP Code | Sheila Bell, as Independent Administrator | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.1**   **Michael Gillman** <br> Name <br> **6502 North St. Louis** <br> Number   Street <br><br> **Lincolnwood IL 60712** <br> City, State, ZIP Code | Sheila Bell, as Independent Administrator | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.1**   **Nazneen S. Ahmed, M.D.** <br> Name <br><br> Number   Street <br><br><br> City, State, ZIP Code | Sheila Bell, as Independent Administrator | ☐ D <br> ☒ E/F <br> ☐ G |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Healthcare Company, Inc.                                                    Case number:

| | Codebtor name and mailing address | Creditor name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | **Seth Gillman**<br>Name<br>**6502 North St. Louis**<br>Number   Street<br><br>**Lincolnwood IL 60712**<br>City, State, ZIP Code | Sheila Bell, as Independent Administrator | ☐ D<br>☒ E/F<br>☐ G |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    __ASTA Healthcare Company, Inc.__

United States Bankruptcy Court for the __Northern District of Illinois__

Case number
(If known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒ Schedule H: Codebtors (Official Form 206H)

☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206 - Summary)

☐ Amended Schedule

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration **Statement of Financial Affairs (Official Form 207), Statement of Corporate Ownership, Verification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

__/s/ Michael GIllman__        __01/21/2016__
Signature of individual signing on behalf of debtor      MM / DD / YYYY

__Michael GIllman__
Printed name

__President__
Position or relationship to debtor

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    **ASTA Healthcare Company, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended
filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br><br>Check all that apply | Gross revenue<br><br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2016 to Filing date | ☐ Operating a business<br>☐ Other: | _____ |
| **For prior year:** | From 01/01/2015 to 12/31/2015 | ☐ Operating a business<br>☐ Other: | _____ |
| **For the year before that:** | From 01/01/2014 to 12/31/2014 | ☐ Operating a business<br>☒ Other: 2014 Taxes | $1,475,617.00 |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers.including expense reimbursements.to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225.00. (This amount may be adjusted on
04/01/2016 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or
guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than
$6,225.00. (This amount may be adjusted on 04/01/2016 and every 3 years after that with respect to cases filed on or after the date of
adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their
relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing
agent of the debtor. 11 U.S.C. § 101(31).

☒ None

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒  None

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒  None

## Part 3:      Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐  None

| Case Title & number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1**<br>Sheila Bell v. ASTA Care Center of Elgin, et al, 14 L 640 | Lawsuit | Circuit Court- Kane County | Pending (Pre-Judgment) |
| **7.2**<br>Diamond v. ASTA Healthcare, | | Circuit Court of Cook County<br><br>Chicago, Il | Judgmentr entered on 12/22/2015 |
| **7.3**<br>First Energy v. ASTA Healthcare Co.,, 14 L 478 | Lawsuit | Circuit Court- Kane County<br><br>Geneva | Judgment Entered |
| **7.4**<br>First Insurance Funding v. ASTA Heathcare, et al, 15 L 409 | Lawsuit | Circuit Court- Kane County<br><br>Geneva | Pending |
| **7.5**<br>Columbia Casulty v. ASTA Healthcare, et al, 15 L 569 | Lawsuit | | Pending |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒  None

## Part 4:      Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒  None

## Part 5:      Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒  None

## Part 6:      Certain Payments or Transfers

BkAssist® Software Copyright® 2010-2015 by Walter Oney. All rights reserved.

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? / Email or website address / Who made the payment, if not debtor? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** Frank J. Kokoszka 122 South Michigan Avenue Suite 1070 Chicago, IL 60603  fkokoszka@k-jlaw.com  We R Counseling (Michael Gillman) | Expense & fee retainer | 01/14/2016 | $2,165.00 |
| **11.2** Clerk of the US Bankruptcy Court Filing Fee | cash | 01/14/2016 | $335.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property.by sale, trade, or any other means.made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ None

**Part 8:   Healthcare Bankruptcies**

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

**Part 9:   Personally Identifiable Information**

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Healthcare Company, Inc.                                    Case number:

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained:

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit and for which the debtor serves(d) as plan administrator?**

☒ No. Go to part 10
☐ Yes. Fill in this information

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** <br> Public Storage <br> 1300 East Chicago Street <br> Elgin, IL  60123 | | | ☐ No <br> ☒ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:**   **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:
- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Healthcare Company, Inc.                                                    Case number:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security Number or ITIN<br><br>Dates business existed |
|---|---|---|
| ASTA Healthcare Company, Inc.<br>134 North McLean Blvd.<br>Elgin, IL  60123 | (Corporation) | 36-4069287<br><br>03/1996 to 10/31/2015 |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| KBKB, Ltd.<br>Sanford Bokor, CPA<br>8140 River Drive<br>Morton Grove, IL  60053 | 03/1996 to 10/2015 |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address |
|---|
| Michael Gillman<br>6502 North St. Louis<br>Lincolnwood, IL  60712 |
| KBKB, Ltd.<br>Sanford Bokor, CPA<br>8140 River Drive<br>Morton Grove, IL  60053 |

| If any books of account and records are unavailable, explain why |
| --- |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

☐ None

| Name and address |
| --- |
| Private Bank<br>120 South LaSalle<br>Chicago, IL  60603 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case**

☐ None

| Name and address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- |
| **28.1**<br>Michael Gillman<br>6502 North St. Louis<br>Lincolnwood, IL  60712 | Shareholder | 80% |
| **28.2**<br>Craig Frank<br>6524 North Kimball<br>Lincolnwood, IL  60712 | Shareholder | 20% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor    ASTA Healthcare Company, Inc.                                                      Case number:

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael GIllman
President, authorized representative of ASTA Healthcare Company, Inc.

01/21/2016
MM/DD/YYYY

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor      **ASTA Healthcare Company, Inc.**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement disclosing
  additional payments or
  agreements as of

## Form BKA-2030
# Disclosure of Compensation of Attorney for Debtor          **12/15**

Use this procedural form, if desired, to disclose the matters enumerated in 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b).

Disclosure is required within 14 days after the order for relief or another time as the court may direct. A supplemental disclosure is required within 14 days after any payment or agreement not previously disclosed.

Attach a copy of the retainer agreement, if any.

| **Part 1:** | **Compensation** |
|---|---|

For legal services, I have agreed to accept...........................    **$2,165.00**

Prior to the filing of this statement I have received
    Retainer for legal services...............................................    **$2,165.00**

    Retainer for expenses, including the court filing fee ......    **$335.00**

Balance Due ....................................................................    **$0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor    ☒ Other (specify) **We R Counseling (Michael Gillman)**

3.  The source of compensation to be paid to me is:

    ☐ Debtor    ☐ Other (specify)    ☒ N/A

4.  ☒    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐    I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

| **Part 2:** | **Services** |
|---|---|

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

    e.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Healthcare Company, Inc.                                                          Case number:

f.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Adversary Proceedings**

7.   A copy of my retainer agreement  ☐ is  ☒ is not attached.

---

| Part 3: | Certification |
| --- | --- |

I certify that the foregoing is a complete statement of any agreement  or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.


/s/ Frank J. Kokoszka                                                          01/21/2016
Frank J. Kokoszka (Kokoszka & Janczur, P.C.)                                 Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

# KOKOSZKA & JANCZUR, P.C.

### ATTORNEYS AT LAW

122 SOUTH MICHIGAN AVENUE
SUITE 1070
CHICAGO, ILLINOIS 60603-6270

FRANK J. KOKOSZKA
JOHN L. JANCZUR

MARK D. LISTON
OF COUNSEL
EDWARD JANCZUR

PHONE: (312) 443-9600
FAX: (312) 443-5704

WEBSITE: www.k-jlaw.com

January 21, 2016

**Via E-Mail & Personal Delivery**
ASTA Healthcare Company, Inc.
c/o Dr. Michael Gillman (President)

**Re:**   **Terms of Retention as Attorney (Bankruptcy)**

Dear Dr. Gillman:

As we discussed, it is this firm's standard practice to have a retention letter agreement with new clients and/or new engagements (the "Engagement Agreement"). This Engagement Agreement is also required by the local rules for the U.S. Bankruptcy Court for the Northern District of Illinois, and may also be required under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "BAPCPA"). This Engagement Agreement will set forth the terms of our firm's representation of ASTA Healthcare Company, Inc.("ASTA-Healthcare") in a chapter 7 bankruptcy case. You should carefully read the rest of this letter and countersign the enclosed copy of it. Please feel free to call me if you have any questions but be sure that any clarification you get is incorporated in this letter before you countersign it. This will avoid any misunderstandings. This law firm will not do any work on your behalf until I receive a retainer and a signed Engagement Agreement.

**Nature of Engagement.** This Engagement Agreement is between Kokoszka & Janczur, P.C., (an Illinois Professional Corporation, engaged in the practice of law and possibly a Debt Relief Agency as currently defined under the U.S. Bankruptcy Code) and ASTA Healthcare ("Client"). The nature of this representation is to represent ASTA-Healthcare in its bankruptcy case. My fee for a Chapter 7 case of this nature will be a total of $2,500.00 which includes the filing fee of $335.00. As additional facts are presented, the fees we charge may be subject to change. My fee includes the following standard services:

- Analysis of Client's financial condition;

- Advising Client as to the advisability and/or eligibility of seeking relief in bankruptcy under chapter 7, 11 or chapter 13 of the Bankruptcy Code;

ASTA Healthcare Company
c/o Dr. Michael Gillman
January 21, 2016
Page 2 of 4

- Assisting the Client in assembling documents necessary for or in connection with the filing of a Bankruptcy Petition;

- Advising Client to availability of personal exemptions under applicable law;

- Assisting Client in meeting all conditions precedent to making a petition for relief under the Bankruptcy Code and in meeting all conditions precedent to obtaining a discharge, if Client is eligible to receive a discharge;

- Preparing Client for examination at meeting of creditors pursuant to Section 341 of the Bankruptcy Code;

- Assisting the Client in the enforcement of the automatic stay, if required;

- Communication with the Client's bankruptcy trustee, as necessary.

- Communication with the Client's creditors, as necessary.

If our firm does work on your behalf and you then decide not to file for bankruptcy or to not have our firm represent you in the bankruptcy filings, I will charge you at my usual hourly rate of $350.00 per hour for any work done.

**Retainer & Fees.** The entire fee ($2,500.00) must be paid before we file the bankruptcy case.

**Additional Services.** If your case becomes more complex, requiring anything beside what is listed above under "Nature of Engagement", I will require an additional fee for additional services. Client agrees to pay for legal services beyond "Standard Services" at the prevailing hourly rates of the attorneys of Kokoszka & Janczur, P.C. For example, if creditors file an objection or other action such as a request for a Rule 2004 exam and attendance at an exam or if the trustee attempts to liquidate any property, then I will most likely represent you at my usual hourly rate, which is currently $350.00 per hour. My hourly rate is subject to change upon thirty (30) days written notice. Please note that our firm's representation of you in a bankruptcy case does not include, inter alia, "cleaning-up" your credit report, post-bankruptcy.

**Results.** In the course of every matter, clients ask me for my advice and ask me to predict the likelihood of success and failure. I will give you the benefit of my honest judgment based on my experience. No lawyer can predict the outcome of every case. To the extent that I make predictions to help you evaluate your alternatives, you must understand that they are guesses based on my experience and not guarantees.

**Your Duties.** It is vital that you disclose all debts and all assets, any transfers of property or payments made to creditors within ninety days of the bankruptcy filing and any transfers of

ASTA Healthcare Company
c/o Dr. Michael Gillman
January 21, 2016
Page 3 of 4

property made to creditors who are insiders within one year of the bankruptcy filing, plus all other information required in the bankruptcy petition, bankruptcy schedules and statement of financial affairs. If you provide any false or intentionally incomplete information, the bankruptcy case may be dismissed and/or you may be prosecuted under criminal law for bankruptcy fraud. Your bankruptcy case is subject to audit by the U.S. Trustee's Office and other federal agencies and offices. If you do provide false and/or intentionally incomplete information, I will withdraw as your attorney.

When the bankruptcy petition is filed, an automatic stay will go into effect. The automatic stay generally prohibits creditors from taking any action to collect their claims outside of the Bankruptcy Court. For example, if the automatic stay is in effect creditors are not allowed to sue ASTA-Healthcare, or to foreclose upon or repossess any of property without obtaining permission from the bankruptcy court. It is essential, of course, that I be notified of any threatened lawsuits, foreclosures, or repossessions, as well as all pending lawsuits or other actions so that we can make sure that the creditors and their attorneys are notified and the action stopped. In most cases liens on property will <u>not</u> be wiped out by the bankruptcy. If you have any concern as to specific debts or liens, please contact me.

**Termination and Withdrawal.** You have the right to terminate my services at any time. Please keep in mind that if you terminate my services after the bankruptcy case is filed, I will have to file a motion to withdraw and seek permission of the Court to withdraw. If you terminate my services you will still owe me my full fee (plus any additional fees earned) and reimbursement of my expenses to the date of termination. I also have the right to withdraw from representing you at any time, subject to applicable ethical and procedural rules.

**Client Cooperation and Communication.** In order to represent you, it is absolutely essential that I be able to reach you and that you cooperate with the preparation for any proceedings. Please notify me in writing immediately of any new addresses or telephone numbers.

While I pride myself on the attention that I give to my clients' matters, please know that there will be many times when I will be difficult to reach because I am in court, out of the office at a meeting or on the phone concerning another client's or possibly your case. If you call my office and I am not available, please let my assistant or the receptionist who takes the call know the reason for the call and any information (be as specific as possible) that will allow me to pertain to your matters as quickly as I can. You can also leave a confidential message on our voice-mail system. I can also be reached at my e-mail address: fkokoszka@k-jlaw.com.

ASTA Healthcare Company
c/o Dr. Michael Gillman
January 21, 2016
Page 4 of 4

Please countersign this letter below to show your agreement to these terms and return the countersigned copy to me. Upon receipt of a signed retention agreement and payment of the initial retainer, I will begin to work on your case. If you have any questions or concerns, please feel free to call me. I look forward to working with you. Thank you.

Very truly yours,

Frank J. Kokoszka for
Kokoszka & Janczur, P.C.

**APPROVED AND AGREED:**

Michael Gillman, individually
and as President/agent of ASTA Healthcare Company, Inc.

Date

THE BANKRUPTCY CODE REQUIRES US TO EXPLICITLY AND
CONSPICUOUSLY INFORM YOU THAT:

"WE ARE A DEBT RELIEF AGENCY. WE HELP PEOPLE FILE FOR BANKRUPTCY
RELIEF UNDER THE BANKRUPTCY CODE."

# United States Bankruptcy Court
## Northern District of Illinois
## Chicago Division

In re: **ASTA Healthcare Company, Inc.**                    Case No.

### VERIFICATION OF CREDITOR MATRIX

I(we) verify that the attached list of creditors and the matrix file to be uploaded in this case
are true and complete to the best of my(our) knowledge.


/s/ Michael GIllman                                          01/21/2016
Michael GIllman
President of ASTA Healthcare Company, Inc.                   Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

American Express
PO Box 0001
Los Angeles, CA   90096-8000

ASTA Care Center of Elgin, LLC

Capital One Bank
P.O. Box 6492
Carol Stream, IL   60197-6492

Colleen G. Thomas
30 North Western Avenue
Carpentersville, IL   60110

Columbia Casulty Company
333 South Wacker Drive
Chicago, IL   60606

CPI
P.O. Box 1167
Great Bend, KS   67530-1167

Diamond Insurance Company
1051 Perimeter Drive, Suite 620
Schaumburg, IL   60173

Edward Don Company
2562 Paysphere Circle
Chicago, IL   60674

Enloe Drugs, LLC.
Omnicare Pharmacies
PO Box 952011
Saint Louis, MO   63195

First Energy Solutions
PO Box 3622
Akron, OH   44309-3622

First Insurance Funding Corp.
450 Skokie Blvd.
Northbrook, IL   60062

GreensFelder, Hemker & Gale, P.C.
10 South Broadway
Suite 2700
Saint Louis, MO   63102

Heyl, Royster, Voelker & Allen
PO Box 6199
Peoria, IL  61601

Ill. Dept of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL  60664-0338

Illinois Department of Public Aid
PO Box 19491
Springfield, IL  62794

Illinois Department of Revenue
PO Box 88294
Chicago, IL  60680

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Law Offices of Pucin & Friedland, P.C.
1699 East Woodfield Road
Suite 360A
Schaumburg, IL  60173

Littler Mendelson, P.C.
321 North Clark
Chicago, IL  60654

Mario R. Cusumano
The Hunt Law Group, LLc
20 North Wacker Drive, Suite 1711
Chicago, IL  60606

Michael Gillman
6502 North St. Louis
Lincolnwood, IL  60712

Nazneen S. Ahmed, M.D.

Office of the Attorney General
Health Care Bureau
100 West Randolph Street
Chicago, IL  60601

PMIC & PMAIC
c/o Robert J. Lentz
55 West Monroe Street, Suite 1800
Chicago, IL  60603

Seth Gillman
6502 North St. Louis
Lincolnwood, IL  60712

Sheila Bell, as Independent Administrator
c/o Konicek & Dillion, P.C.
21 West State Street
Geneva, IL  60134

Sweet & Associates
Attn: Terris Harris
Jackson, MS  39201

Wells Fargo Equipment Finance
800 Walnut Street
MAC N0005-055
Des Moines, IA  50309

# United States Bankruptcy Court
## Northern District of Illinois

In re: **ASTA Healthcare Company, Inc.**

Case No.

Chapter **7**

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Fed. R. Bankr. P. 1007(a)(1), the Debtor declares as follows:

☐    The debtor is a corporation that is a governmental unit and is therefore not required to provide a statement of ownership.

☒    No corporation, other than a governmental unit, directly or indirectly owns 10% or more of any class of the debtor's equity interests:

☐    The following is a list of every corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interests:

I, the President of the above named Debtor, declare under penalty of perjury  that I have read the foregoing Statement of Corporate Ownership and that it is true and correct to the best of my information and belief.

/s/ Michael GIllman                                  01/21/2016
President                                                      Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Healthcare Company, Inc.                                                                    Case number:

**11. Why is the case filed in**  *Check all that apply:*
**this district?**

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for
180 days immediately preceding the date of this petition or for a longer part of such 180 days
than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this
district.

**12. Does the debtor own or**  ☒ No
**have possession of any**  ☐ Yes. Answer below for each property that needs immediate attention.
**real property or**
**personal property that**
**needs immediate**
**attention?**

---

**Part 2:**   **Statistical and administrative information**

**13. Debtor's estimation of**  *Check one:*
**available funds**

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to
unsecured creditors.

**14. Estimated number of**  ☒ 1-49                 ☐ 1,000 - 5,000          ☐ 25,001 - 50,000
**creditors**              ☐ 50-99                ☐ 5,001 - 10,000         ☐ 50,001 - 100,000
☐ 100-199              ☐ 10,001 - 25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated assets**  ☒ $0 to $50,000            ☐ $1,000,001 to $10 million      ☐ $500,000,001 to $1 billion
☐ $50,001 to $100,000      ☐ $10,000,001 to $50 million     ☐ $1,000,000,001 to $10 billion
☐ $100,001 to $500,000     ☐ $50,000,001, to $100 million   ☐ $10,000,000,001 to $50 billion
☐ $500,001 to $1 million   ☐ $100,000,001 to $500 million   ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 to $50,000            ☒ $1,000,001 to $10 million      ☐ $500,000,001 to $1 billion
☐ $50,001 to $100,000      ☐ $10,000,001 to $50 million     ☐ $1,000,000,001 to $10 billion
☐ $100,001 to $500,000     ☐ $50,000,001, to $100 million   ☐ $10,000,000,001 to $50 billion
☐ $500,001 to $1 million   ☐ $100,000,001 to $500 million   ☐ More than $50 billion

---

**Part 3:**   **Request for Relief, Declaration, and Signatures**

**WARNING**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000
or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and**   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in
**signature of authorized**   this petition.
**representative of debtor**

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information
is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Gillman  *Michael Gillman*                                      01/21/2016
President, authorized representative of ASTA Healthcare Company, Inc.        MM/DD/YYYY

BkAssist® Software Copyright® 2010-2015 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

---

**Fill in this information to identify the case:**

Debtor    __ASTA Healthcare Company, Inc.__

United States Bankruptcy Court for the __Northern District of Illinois__

Case number
(If known)   _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒ Schedule H: Codebtors (Official Form 206H)

☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206 - Summary)

☐ Amended Schedule

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration **Statement of Financial Affairs (Official Form 207), Statement of Corporate Ownership, Verification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael GIllman    _[signature]_        01/21/2016
Signature of individual signing on behalf of debtor        MM / DD / YYYY

Michael GIllman
Printed name

President
Position or relationship to debtor

Debtor    ASTA Healthcare Company, Inc.                                            Case number:

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael GIllman _____        01/21/2016 _____
President, authorized representative of ASTA Healthcare Company, Inc.            MM/DD/YYYY

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒    No
☐    Yes

BkAssist® Software, Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor    ASTA Healthcare Company, Inc.

f.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Adversary Proceedings**

7. A copy of my retainer agreement ☐ is  ☒ is not attached.

**Part 3:**    **Certification**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

/s/ Frank J. Kokoszka
Frank J. Kokoszka (Kokoszka & Janczur, P.C.)

01/21/2016
Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

# United States Bankruptcy Court
## Northern District of Illinois
## Chicago Division

In re: **ASTA Healthcare Company, Inc.**                    Case No.

## VERIFICATION OF CREDITOR MATRIX

I(we) verify that the attached list of creditors and the matrix file to be uploaded in this case
are true and complete to the best of my(our) knowledge.

/s/ Michael Gillman                                          01/21/2016
Michael Gillman                                              _____
President of ASTA Healthcare Company, Inc.                   Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.